**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Ex Parte Yrooj Shamim

Appellate case number:   01-16-00013-CR

Trial court case number: 1822364-B

Trial court:             County Criminal Court at Law No. 3 of Harris County

The appellant's brief was originally due on January 18, 2016. Appellant requested and was granted an extension until March 3, 2016; however, we advised that no further extensions would be granted. On March 1, appellant filed two motions to supplement the record and on March 3, 2016, requested another extension. We granted the extension until April 1, 2016, again noting that no further extensions would be granted absent exceptional circumstances. On March 31, 2016, appellant filed a third motion for extension, claiming he needed additional time to file the brief because the supplemental clerk's record he requested has not yet been filed.

We grant appellant's extension **until April 12, 2016, and no further extensions will be granted**. If appellant needs to rely on a trial court document that is part of the record below, but that is not yet part of the clerk's record on appeal, he should put a copy of the document in the appendix to the brief, with a notation that the official document has been requested from the clerk.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☒ Acting individually

Date: April 7, 2016